UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-mj-02298-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| KEVIN EDRAL DOUGLAS ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of assignment of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced action.

Respectfully submitted, this the 6th day of November, 2023.

                MICHAEL F. EASLEY, JR.
                United States Attorney

BY:  /s/ Gabriel J. Diaz
       GABRIEL J. DIAZ
       Assistant United States Attorney
       U.S. Attorney's Office
       Eastern District of North Carolina
       Criminal Division
       150 Fayetteville St., Suite 2100
       Raleigh, NC  27601
       Telephone: 919-856-4326
       Fax:  919-856-4487
       Email:  Gabriel.Diaz@usdoj.gov
       NC State Bar No. 49159

CERTIFICATE OF SERVICE

This is to certify that I have this the 6th day of November, 2023, served a copy of the foregoing Government's Notice of Appearance upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record for the defendant.

Katherine E. Shea
Federal Public Defender - EDNC
150 Fayetteville Street Mall, Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4477
Email: kat_shea@fd.org

/s/ Gabriel J. Diaz
GABRIEL J. DIAZ
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of North Carolina
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, NC  27601
Telephone: 919-856-4326
Fax:  919-856-4487
Email:  Gabriel.Diaz@usdoj.gov
NC State Bar No. 49159